**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **GRACIELA LEAL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:21cv00743** |
| **LIBERTY LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS**

Defendant Lincoln Life Assurance Company of Boston f/k/a Liberty Life Assurance Company of Boston[1] files this Disclosure Statement and Certificate of Interested Persons, pursuant to Fed. R. Civ. P. 7.1 and shows the Court as follows:

1. Liberty Life Assurance Company of Boston is now known as Lincoln Life Assurance Company of Boston. Lincoln Life Assurance Company of Boston is a wholly owned subsidiary of The Lincoln National Life Insurance Company, an Indiana insurance company.
2. The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

**Certificate of Interested Persons**

The undersigned counsel of record states to the best of her knowledge that the following is a full and complete list of all persons, associations of persons, firms, partnerships,

[1] Liberty Life Assurance Company of Boston is now known as Lincoln Life Assurance Company of Boston, which is the correct name of the Defendant in this action.

corporations, affiliates, parent corporations, or other legal entities who or that are financially interested in the outcome of this case:

1. Lincoln National Corporation
2. The Lincoln National Life Insurance Company
3. Lincoln Life Assurance Company of Boston
4. Graciela Leal
5. Law Offices of Iwana Rademaekers, P.C.
6. Marc Whitehead & Associates, Attorneys at Law L.L.P.

Dated this 8th day of April 2021.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Marc S. Whitehead
Email: marc@marcwhitehead.com

J. Anthony Vessel
Email: anthony@marcwhitehead.com

Britney Anne Heath McDonald
Email: britney@marcwhitehead.com

Madison Tate Donaldson
Email: madison@marcwhitehead.com

Selina Valdez
Email: selina@marcwhitehead.com

April 8, 2021 /s/ Iwana Rademaekers
Date Iwana Rademaekers