**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Graciela Leal

v. Case Number: 4:21−cv−00743

Liberty Life Assurance Company of
Boston

---

**NOTICE OF RESETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 6/30/2021

**TIME:** 10:10 AM

**TYPE OF PROCEEDING:** Initial Conference

Date: June 17, 2021

Nathan Ochsner, Clerk