United States District Court
Southern District of Texas
**ENTERED**
July 01, 2021
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **GRACIELA LEAL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:21cv00743** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>JOINT SCHEDULING AND DOCKET CONTROL ORDER</u>**

The disposition of this case will be controlled by the following schedule:

| | | |
|---|---|---|
| **1.** | **September 3, 2021** | **MEDIATION DEADLINE** |
| **2.** | **October 8, 2021** | **DEFENDANT TO FILE MOTION FOR SUMMARY JUDGMENT** |
| **3.** | **October 29, 2021** | **PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FILE CROSS-MOTION FOR SUMMARY JUDGMENT** |
| **4.** | **November 19, 2021** | **DEFENDANT TO FILE RESPONSE TO THE CROSS-MOTION AND FILE REPLY IN SUPPORT OF ITS MOTION** |
| **5.** | **December 10, 2021** | **PLAINTIFF TO FILE REPLY IN SUPPORT OF Her MOTION** |

Signed on June 30, 2021, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge