United States District Court
Southern District of Texas
**ENTERED**
October 07, 2021
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **GRACIELA LEAL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:21cv00743** |
| **LIBERTY LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

After considering the Joint Stipulation of Dismissal for Dismissal with Prejudice, the Court ORDERS that this action be dismissed with prejudice and that all costs are taxed against the party that incurred them.

SIGNED on October 7, 2021, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge